ALVAH PARKS, RESPONDENT, v. DELAWARE, LACKA-
WANNA AND WESTERN RAILROAD COMPANY, AP-
PELLANT.

Submitted July 6, 1914—Decided October 16, 1914.

On appeal from the Supreme Court, whose opinion is re-
ported in 85 *N. J. L.* 577.

For the respondent, *Richard Doherty.*

For the appellant, *Frederic B. Scott.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Kalisch in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE,
TRENCHARD, BERGEN, MINTURN, BLACK, BOGERT, VREDEN-
BURGH, HEPPENHEIMER, WILLIAMS, JJ.     11.

*For reversal*—None.